UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CASE NO. 1:19MJ50 |
| | : |
| WAQAR UL-HASSAN | : |

## MOTION TO SEAL

Comes now the United States of America through its attorney and requests that the Arrest Warrant, Criminal Complaint, Affidavit in Support of the Criminal Complaint, this Motion, and the Order to Seal be under seal for the following reasons:

The Government states that the disclosure of the government's Arrest Warrant and Criminal Complaint would jeopardize the investigation and the safety of law enforcement. Any alternative other than sealing could alert the defendant and cause him to flee or destroy evidence, and may cause harm to law enforcement.

The Government requests that the Arrest Warrant, Criminal Complaint, Affidavit, this Motion, and the Order to Seal be under seal until the initial appearance of the aforementioned defendant.

1

For the reasons set forth above, the Government respectfully moves the Court to seal the government's Arrest Warrant, Criminal Complaint, Affidavit in Support of the Criminal Complaint, this Motion, and the Order to Seal.

Respectfully submitted,

THOMAS T. CULLEN
UNITED STATES ATTORNEY

Christopher R. Kavanaugh (VA Bar 73093)
Assistant United States Attorney
255 West Main Street | Room 130
Charlottesville, Virginia 22902
434-293-4283