AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>WAQAR UL-HASSAN<br>*Defendant* | )<br>) Case No. 1:19MJ50<br>)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* WAQAR UL-HASSAN,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 1001(a)(2): False Statement Involving Terrorism on May 20, 2015 (Count One), and

Title 18, United States Code, Section 1001(a)(2): False Statement Involving Terrorism on October 16, 2015 (Count Two).

Date: 04/29/2019

Issued by reliable electronic means.

*Issuing officer's signature*

City and state: Charlottesville, Virginia

Joel C. Hoppe, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

Case 1:19-mj-00050-JCH   Document 4   Filed 04/29/19   Page 1 of 1   Pageid#: 14