CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

**APR 3 0 2019**

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK



IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

UNITED STATES OF AMERICA      :
     :
v.      :      Criminal   1:19mj00050
     :
WAQUAR UL-HASSAN

## MOTION TO UNSEAL

Comes now the United States, by and through its counsel, and moves to unseal the Arrest

warrant, Criminal Complaint, and Affidavit in the above-captioned case.

The defendant has been taken into custody and is expected to make his initial appearance

tomorrow, May 1, 2019, in the Western District of North Carolina.

Respectfully submitted,

THOMAS T. CULLEN
United States Attorney

_____
Christopher Kavanaugh
(VA Bar No. 73093)
Assistant United States Attorney