CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

MAY 0 1 2019

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

UNITED STATES OF AMERICA :
:
v. : Criminal No. 1:19mj00050
:
WAQUAR UL-HASSAN :

## ORDER

Upon motion of the United States Government, by counsel and for good cause shown, it is hereby;

## ORDERED

that the sealed documents listed in the Government's motion in the above-captioned case previously filed sealed be unsealed and open for inspection.

The Clerk of this Court shall certify a copy of this Order to Christopher Kavanaugh, Assistant United States Attorney, 255 West Main Street, Room 130, Charlottesville, Virginia 22902.

ENTERED this 1st day of May 2019.

_____
Honorable Joel C. Hoppe
United States Magistrate Judge