# UNITED STATES DISTRICT COURT
## for the
### Western District of Virginia


Received
10:12 am, Apr 29 2019
United States Marshals Service
Western District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:19MJ50 |
| | ) | |
| WAQAR UL-HASSAN | ) | |
| Defendant | ) | |

CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
5/1/2019
JULIA C. DUDLEY, CLERK
BY: LOTTIE LUNSFORD
DEPUTY CLERK

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* WAQAR UL-HASSAN,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 1001(a)(2): False Statement Involving Terrorism on May 20, 2015 (Count One), and

Title 18, United States Code, Section 1001(a)(2): False Statement Involving Terrorism on October 16, 2015 (Count Two).

Date: 04/29/2019

Issued by reliable electronic means.

*Issuing officer's signature*

City and state: Charlottesville, Virginia

Joel C. Hoppe, United States Magistrate Judge
*Printed name and title*

### Return

| This warrant was received on *(date)* 4/29/19 , and the person was arrested on *(date)* 4/30/2019 |
| at *(city and state)* W/ NC- Charlotte . |

Date: 5/01/2019

Jim Satterwhite ASDUSM
*Arresting officer's signature*

Jim Satterwhite, USMS for FBI
*Printed name and title*